UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                  Miscellaneous Case No. 11-mc-15-PB

<u>David Senecal</u>

## O R D E R

After due consideration of the [6] Response to the Report and Recommendations filed on May 31, 2011 and [7] Addendum filed on June 15, 2011 by the United States of America, I herewith approve the [5] Report and Recommendation of Magistrate Judge Landya B. McCafferty dated May 12, 2011 with the amendment that the taxpayer, David Senecal, obey the summonses and that he appear on July 11, 2011 at 2:30 p.m., at the IRS office located at Portsmouth, New Hampshire, before J. L. Archer (or any other authorized Revenue Officer of the IRS) to give testimony and produce all books and records in his possession or control required and called for by the terms of the summonses of October 14, 2010.

      SO ORDERED.


June 16, 2011                                    <u>/s/ Paul Barbadoro</u>
                                                 Paul Barbadoro
                                                 United States District Judge


cc:    Michael T. McCormack, AUSA
        David Senecal, <u>pro</u> <u>se</u>